In re JUSTICE OF THE PEACE OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. February Term, 1899.) In the matter of providing for the manner of taking appeals from the court of the justice of the peace of the city of Buffalo. No opinion. In virtue of the power and authority conferred upon this court by section 5 of article 6 of the constitution of this state, it is hereby ordered that all appeals from the court of the justice of the peace in the city of Buffalo shall be taken, disposed of, and determined in the same manner as appeals are now taken, disposed of, and determined from the municipal court of that city.

KEARNEY, Respondent, v. LOEGLER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March, 1899.) Action by William J. Kearney, as assignee for the benefit of creditors of William Godard and others, composing the firm of the Tonawanda Bicycle Company, against Charles Loegler and another. No opinion. Order affirmed, with $10 costs and disbursements.

In re KEEFFE. (Supreme Court, Appellate Division, Fourth Department. March, 1899.) In the matter of the examination of Arthur J. Keeffe, a third person, upon the application of the Third National Bank of Syracuse, judgment creditor, in proceedings supplementary to execution in the action entitled: "Supreme Court, Onondaga County. The Third National Bank of Syracuse v. John C. Keeffe, Catherine L. Keeffe, and the Syracuse Fibre-Ware Company." No opinion. Order affirmed, with $10 costs and disbursements.

KELDERHOUSE et al., Respondents, v. ST. PAUL FIRE & MARINE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March, 1899.) Action by John Kelderhouse and others against the St. Paul Fire & Marine Insurance Company. No opinion. Judgment and order affirmed, with costs. All concurred, except FOLLETT, J., not voting.

KETCHAM, Appellant, v. KETCHAM, Respondent. (Supreme Court, Appellate Division, Second Department. July 1, 1899.) Action by Emma A. Ketcham against Warren A. Ketcham. No opinion. Order granting new trial affirmed, without costs. See 52 N. Y. Supp. 961.

KETCHAM et al., Appellants, v. NEWMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. June 23, 1899.) Action by Andres W. Ketcham and others against Henry Newman and another. R. H. Mitchell, for appellants. C. V. Anable, for respondents. No opinion. Judgment affirmed, with costs.

KUHN, Appellant, v. LYONS, Respondent. (Supreme Court, Appellate Division, First Department. June 9, 1899.) Action by Isaac Kuhn against Jeremiah C. Lyons. S. L. Samuels, for appellant. J. Larkin, for respondent. No opinion. Judgment affirmed, with costs.

LANG, Respondent, v. WILLIAMS. Appellant. (Supreme Court, Appellate Division, Second Department. June 27, 1899.) Action by Max Lang against Francis S. Williams. No opinion. Motion for reargument denied. See 58 N. Y. Supp. 1143.

LAWLER v. MAGNOLIA METAL CO. (Supreme Court, Appellate Division, First Department. March 17, 1899.) Action by James Lawler against the Magnolia Metal Company. No opinion. Motion granted, to the extent and upon the terms stated in memorandum. See 53 N. Y. Supp. 950.

LAWTON v. LAWTON. (Supreme Court, Appellate Division, First Department. February 17, 1899.) Action by Eliza M. C. A. Lawton against Robert G. Lawton. No opinion. Motion for restitution granted, to the extent stated in memorandum. See 54 N. Y. Supp. 760.

LEVERICH et al., Respondents, v. LEVERICH et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 13, 1899.) Action by Fannie F. J. Leverich and others against Charles D. Leverich, impleaded with Matilda R. L. Bradford and others.

PER CURIAM. The appellant is not now a tenant in common, and therefore no compensation can be allowed to him for any expenditures he has made on the property, unless by the agreement of the parties he was given a lien for such expenditures. The agreement set up in the answer gives the appellant no lien whatever. Therefore his remedy is not in this action, but in an action at law against the several tenants in common for their respective shares of the payments he has made on their account. Order affirmed, with $10 costs and disbursements.

LEVINSON v. Y. M. BENEV. ASS'N. (Supreme Court, Appellate Division, First Department. June 30, 1899.) Action by Benjamin Levinson against the Y. M. Benevolent Association. C. M. Parsons, for appellant. J. Chambers, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

LEVY v. DUNN. (Supreme Court, Appellate Division, First Department. May, 1899.) Action by Lazarus Levy against Thomas J. Dunn. No opinion. Motion denied, with $10 costs. See 57 N. Y. Supp. 972.

LEVY v. DUNN. (Supreme Court, Appellate Division, First Department. June 30, 1899.) Action by Lazarus Levy against Thomas J. Dunn. No opinion. Motion granted. Leave to appeal to court of appeals granted, and question settled. See 57 N. Y. Supp. 972.

LITTLEJOHN, Respondent, v. LEFFINGWELL et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 1, 1899.) Action by Margaret E. Littlejohn against Lucy A. L. Leffingwell, individually and as executrix, etc., and others.